Form 10. Bill of Costs .................................................................................................................(Rev. 1-1-05)

# United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with 9th Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and 9th Circuit Rule 39-1 when preparing your bill of costs.

Ultimate Creations, Inc,. et al.    v.    Vincent McMahon, et al.    9th Cir. No. 06-17091

The Clerk is requested to tax the following costs against: Vincent McMahon, et al.

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, 9th Cir. R. 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page** | TOTAL COST | No. of Docs.* | Pages per Doc. | Cost per Page** | TOTAL COST |
| Excerpt of Record | 7 | 49 | $ 0.1 | $ 34.3 | | | $ | $ |
| Opening Brief | | | $ | $ | | | $ | $ |
| Answering Brief | 20 | 22 | $ 0.1 | $ 44 | | | $ | $ |
| Reply Brief | | | $ | $ | | | $ | $ |
| Other | | | $ | $ 167.72 | | | $ | $ |
| | | | TOTAL: | $ 246.02 | | | TOTAL: | $ |

Form 10. Bill of Costs - *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

I, Daniel D. Maynard, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature *Daniel D Maynard*

Date 11-28-08

Name of Counsel: Daniel D. Maynard

Attorney for: Ultimate Creations, Inc., et al.

(To Be Completed by the Clerk)

Date

Costs are taxed in the amount of $

Clerk of Court

By: , Deputy Clerk

## Capitol LLC

40 N Central Suite 310
Phoenix, AZ 85004

(602) 462-5888      (602) 462-5444



| | |
|---|---|
| Invoice Date: | 04/11/07 |
| Customer No.: | MAYNARD-PX |
| Invoice No.: | 704713 |
| Client Reference: | 11162-4 |
| Internal Ref.: | Responsive Brief |

**Bill To:** Maynard Cronin
3200 N. Central Avenue
Suite 1800
Phoenix, AZ 85012

**Ship To:** Maynard Cronin
3200 N. Central Avenue
Suite 1800
Phoenix, AZ 85012

| Order Date | Job Number | Customer Contact | Sales Person | Terms |
|---|---|---|---|---|
| 04/11/07 | 704713 | Stacey | Josh Zepeda | Net 15 |

| Quantity | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|
| 645 | LL | Light Litigation | 0.115 | 74.18 |
| 23 | VELO | Velo Binding per book | 2.50 | 57.50 |
| | | | Discount: | 0.00 |
| | | | Sales Tax: | 10.67 |
| | | | Invoice Total: | 142.35 |

Received By:_____    Date_____

We recognize that our clients may be billing these expenses through to their customers. However Capitol-LLC clients remain responsible to pay within our terms regardless of their receivables.

Federal ID # 94-3279768

***Please Remit Payment to Capitol LLC P.O. Box 811786 Los Angeles, CA. 90081-1786***

# ***INVOICE***

**Capitol LLC**
40 N Central Suite 310
Phoenix, AZ 85004

(602) 462-5888      (602) 462-5444

# CAPITOL
LLC

| Invoice Date: | 04/11/07 |
| Customer No.: | MAYNARD-PX |
| Invoice No.: | 704714 |
| Client Reference: | 11162-4 |
| Internal Ref.: | Supp. Excerpts of Record |

**Bill To:** Maynard Cronin
3200 N. Central Avenue
Suite 1800
Phoenix, AZ 85012

**Ship To:** Maynard Cronin
3200 N. Central Avenue
Suite 1800
Phoenix, AZ 85012

| Order Date | Job Number | Customer Contact | Sales Person | Terms |
|---|---|---|---|---|
| 04/11/07 | 704714 | Gayle | Josh Zepeda | Net 15 |

| Quantity | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|
| 573 | LL | Light Litigation | 0.115 | 65.90 |
| 12 | VELO | Velo Binding per book | 2.50 | 30.00 |
| | | Discount: | | 0.00 |
| | | Sales Tax: | | 7.77 |
| | | Invoice Total: | | 103.67 |

Received By: _____    Date _____

We recognize that our clients may be billing these expenses through to their customers. However Capitol-LLC clients remain responsible to pay within our terms regardless of their receivables.

Federal ID # 94-3279768

***Please Remit Payment to Capitol LLC P.O. Box 811786 Los Angeles, CA. 90081-1786 ***

***INVOICE***

MAYNARD, CRONIN, ERICKSON,
CURRIN & SPARKS, P.L.C.

09868

Vendor: CAPITOL LLC

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 04/13/07 | Copies 11162-4 | 704713 | 142.35 | | 142.35 |
| 04/13/07 | Copies 11162-4 | 704714 | 103.67 | | 103.67 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 04/13/07 | 9868 | 246.02 | 0.00 | 246.02 |



 37213


## CERTIFICATE OF SERVICE

I certify that on the __1__ day of December, 2008, the original and 15 copies of the Bill of Costs were mailed to the clerk's office. On the same day, I served two copies of the same on the following counsel:

John T. Gilbert, Esq.
Steven G. Ford, Esq.
Northsight Financial Office Park, #216
14500 N. Northsight Blvd.
Scottsdale, AZ 85260

Jerry S. McDevitt, Esq.
Curtis B. Krasik, Esq.
J. Nicholas Ranjan, Esq.
*Kirpatrick & Lockhart*
　*Preston Gates Ellis, LLP*
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

_____
Daniel D. Maynard